**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **THE ESTATE OF RODNEY EUGENE HARRIS and PATRICIA HARRIS, EXECUTOR OF THE ESTATE OF RODNEY EUGENE HARRIS,**<br><br>                              **Plaintiffs,**<br><br>          **vs.**<br><br><br>**CITY OF OAK RIDGE, et al.,**<br><br>                              **Defendants.** | **No. 3:11-cv-385**<br><br>**(Campbell/Guyton)** |

## ORDER

The Defendants filed a Motion to Reconsider, or in the Alternative, [for] Permission to File an Interlocutory Appeal (Docket No. 25). The Defendants ask the court to reconsider its September 11, 2012 Order (Docket No. 23), or to allow them the opportunity to appeal the order to the Sixth Circuit. The court, having reviewed its September 11, 2012 Order, the Defendants' motion to reconsider, and relevant case law, stands by its original ruling. Accordingly, the motion to reconsider or for permission to appeal is DENIED.

SO ORDERED this 24th day of October, 2012.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge